ACCEPTED
09-17-00203-CV
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/12/2017 12:09 PM
CAROL ANNE HARLEY
CLERK

**No. 09-17-00203**

In the Ninth Court of Appeals
at Beaumont, Texas

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/12/2017 12:09:47 PM
CAROL ANNE HARLEY
Clerk

LAURA KATHLEEN FIELDING, ADMINISTRATOR OF THE ESTATE OF
CHARLES W. HODGE

Appellant

v.

JANNIECE TULLOS

Appellee

On Appeal from Cause No. D-160,234-C
in the 260th District Court of Orange County, Texas

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
APPELLEE'S BRIEF**

To the Honorable Court:

Appellee, Janniece Tullos, files this Unopposed Third Motion for Extension of Time to

file Appellee's Brief and would respectfully show as follows:

**I.**

**Time Requested for Extension**

Appellee's Brief is currently due on Friday, December 15, 2017. Appellee requests an

extension up to and including Monday, January 15, 2018, to file Appellee's Brief in this matter.

Appellee requests an extension of thirty days. This is Appellee's third request for an extension.

## II.

## The Extension is Unopposed

Counsel for Appellant does not oppose the extension.

## III.

## Grounds for Extension

In addition to preparing the Brief in this case, the undersigned Appellee's counsel have had numerous other work-related commitments including preparation of other briefs and for oral argument in another case for attorney Gaultney, travel to out of state depositions for Clark and Smith, and extensive care of her mother for Chamblin. This is the last request by Appellee for an extension and the request is for thirty days because the thirty days includes the Christmas holidays.

## IV.

## Authority to Grant Extension

The Court may grant an extension of time to file a response under the authority of Texas Rule of Appellate Procedure 10.5(b). Because this is an unopposed motion to extend time to file a brief, this motion may be determined by the Court without waiting the 10-day submission period. See Tex.R.App.P 10.3(a)(1)(2).

## V.

This request will not unnecessarily delay disposition of this matter, but will allow Appellee adequate opportunity to prepare a response that will be of maximum benefit to the Court.

**VI.**

This motion is not brought for purposes of delay, but so that justice may be accomplished.

WHEREFORE, Appellee prays that this Court grant Appellee an extension up to and including Monday, January 15, 2018, to file Appellee's Brief and for such other and further relief to which Appellee may be justly entitled.

Respectfully submitted,

Sandra F. Clark

Sandra F. Clark

David Gaultney
State Bar No. 07765300
davidgaultney@mehaffyweber.com
MehaffyWeber, P.C.
823 Congress Avenue, Suite 200
Austin, Texas 78701
Phone: (512) 394-3840
Fax: (512) 394-3860

Steve Parkhurst
State Bar No. 00797206
sparkhurst@dieslaw.com
Dies & Parkhurst
1009 Green Avenue
Orange, Texas 77630
Phone: (409) 883-0829
Fax: (409) 670-0888

Sandra F. Clark
State Bar No. 04294520
sandraclark@mehaffyweber.com
Patricia D. Chamblin
State Bar No. 04086400
patriciachamblin@mehaffyweber.com
Michele Y. Smith
State Bar No. 00785296
michelesmith@mehaffyweber.com
MehaffyWeber, P.C.
2615 Calder, Suite 800
Beaumont, Texas 77702
Phone: (409) 835-5011
Fax: (409) 835-5177

ATTORNEYS FOR APPELLEE, JANNIECE TULLOS

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with Appellant's counsel, Terry Wood, by email and Appellant is unopposed to this Motion.

_Sandra F. Clark_

Sandra F. Clark

## CERTIFICATE OF SERVICE

As required by TEXAS RULE OF APPELLATE PROCEDURE 6.3 and 9.5(b)(d)(e), I certify that I have served this document on Appellant on the 12th day of December, 2017 as follows:

Terry W. Wood
Terry W. Wood, PC
2530 Calder Avenue
Beaumont, TX 77702

*Via E-File and E-Mail*
terry@twwoodpc.com

_Sandra F. Clark_

Sandra F. Clark